```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone:  (916) 554-2932
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   2:05-CV-01926-MCE-GGH
                                   )
12                 Plaintiff,      )   CONSENT JUDGMENT
                                   )   OF FORFEITURE
13           v.                    )
                                   )
14  GATEWAY SELECT TOWER COMPUTER, )
    SERIAL NUMBER 0018647802, and  )
15                                 )
    CALIFORNIA FALSE IDENTIFICATION)
16  DOCUMENTS AND LAMINATES,       )
                                   )
17                 Defendant.      )
    _____)
18                                 )
    DANIEL PAUL ALEKSANDER,        )
19                                 )
                   Potential Claimant. )
20  _____)
```

21       Pursuant to the Stipulation for Consent Judgment of
22  Forfeiture, the Court finds:
23       1.  On August 21, 2003, Daniel Paul Aleksander was indicted
24  pursuant to 18 U.S.C. § 1028(a)(5).  On March 11, 2004, a
25  Superseding Indictment was filed against Daniel Paul Aleksander
26  pursuant to 18 U.S.C. § 1028(a)(5).
27       2.  On or about April 1, 2003 a search warrant was executed at
28  the residence of Daniel Paul Aleksander located at 406 Malcolm

1

1 Hall, Unit 406, Davis, California.  The following assets were
2 seized from that residence:
3     1.  Gateway Select Tower Computer, serial number 0018647802;
4
5     2.  Laminates bearing the California States seal and California Department of Motor Vehicles seal found in a ziplock bag;
6
7     3.  California false identification documents found in a ziplock bag; and
8     4.  Package of butterfly laminates.
9 (hereinafter the "defendant property") pursuant to 18 U.S.C. §
10 1028(b)(5).
11     3.  Daniel Paul Aleksander has acknowledged that he is the
12 sole owner of the defendant property.
13     4.  This Court has jurisdiction in this matter pursuant to 28
14 U.S.C. §§ 1345 and 1355, as this is the judicial district in which
15 acts or omissions giving rise to the forfeiture occurred.
16     5.  This Court has venue pursuant to 28 U.S.C. § 1395, as this
17 is the judicial district in which property was seized.
18     6.  The parties herein desire to settle this matter pursuant
19 to the terms of a duly executed Stipulation for Consent Judgment of
20 Forfeiture.
21     Based upon the above findings, and the Court being otherwise
22 fully advised in the premises, it is hereby
23     ORDERED AND ADJUDGED:
24     7.  The Court adopts the Stipulation for Consent Judgment of
25 Forfeiture entered into by and between the parties.
26     8.  All right, title and interest in the above-listed property
27 seized on or about April 1, 2003, shall be forfeited to the United
28 ///

States pursuant to 18 U.S.C. § 1028(b)(5), to be disposed of according to law.

9. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure and/or forfeiture of defendant property.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and/or forfeiture, as well as to those now known or disclosed.  The parties to the Stipulation filed herein have agreed to waive the provisions of California Civil Code § 1542, which provides: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."**

10.  Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was probable cause for the seizure of defendant property, and a Certificate of Probable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

11.  Daniel Paul Aleksander acknowledges that he obtained, or waived to obtain, the advice of counsel prior to executing the above-referenced stipulation, and that he entered into it knowingly and voluntarily.

///
///
///

12. All parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OR REASONABLE CAUSE**

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described property.

DATED: September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE